UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Christopher Smith )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:23cv201
McDonough/McCook

v. )
Yassins' Falafel House )
_____ )
_____ )
(Enter above the NAME of each
defendant in this action.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (X)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

            Plaintiffs: _____
            _____

            Defendants: _____
            _____

1

2. COURT: (If federal court, name the district; if state court, name the county):
   Eastern District of Tennessee

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

   A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

   C. If your answer is YES,

      1. What steps did you take? _____
         _____

      2. What was the result? _____
         _____

   D. If your answer to B is NO, explain why not. _____
      _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

   F. If your answer is YES,

      1. What steps did you take? _____
         _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Christopher A. Smith

Present address: 2718 Wilson Ave Knoxville, Tn. 37914

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

_____

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

On June 12, 2023 I was downtown at Yassin's Falafel House at 706 Walnut St

3

Knoxville, Tn were I attempted to dine-in. When I arrived I noticed that the only way to enter was to walk up some steps. There were no signs indicating any handicap accessible entrances. Not having a wheelchair accessible entrance is a clear violation of The American with Disabilities Act.

4

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

The Plaintiff ask that the Defendants be ordered to have a handicap entrance installed at their place of business.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 12th day of June, 2023.

*Christopher Smith*
Signature of plaintiff(s)

5