UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHRISTOPHER SMITH, ) | |
| ) | Case No. 3:23-cv-201 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Jill E. McCook |
| YASSIN'S FALAFEL HOUSE, ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## JUDGMENT ORDER

Consistent with the contemporaneously filed memorandum and order, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 8), and this action is therefore **DISMISSED**. The Clerk is hereby **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ LeAnna R. Wilson
 CLERK OF COURT